# Court of Appeals
# of the State of Georgia

ATLANTA,  June 21, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1614.  TITO HERNANDEZ v. THE STATE.**

A jury found Tito Hernandez and two co-defendants guilty of kidnapping, and this Court affirmed the convictions on appeal.  See *Deleon-Alvarez v. State*, 324 Ga. App. 694 (751 SE2d 497) (2013).  In 2018, Hernandez filed a motion to vacate a void conviction and sentence, arguing that the indictment was defective and that his case should have been severed from that of his codefendants.  The trial court denied the motion, and Hernandez filed this direct appeal.  We lack jurisdiction.

A challenge to validity of indictment is a challenge to the conviction.  See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008).  "[A] petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case."  *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  The Supreme Court has explained that such a motion "is not one of the established procedures for challenging the validity of a judgment in a criminal case."  *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010).  Thus, any appeal from an order denying or dismissing such a motion must be dismissed.  Id.; *Harper*, 286 Ga.  at 218 (2). However, an appeal may lie from an order denying or dismissing a motion to correct a void sentence if the defendant raises a colorable claim that the sentence is, in fact, void or illegal.  *Harper*, 286 Ga. at 217 (1), n. 1.  Hernandez, however, has not done so.

"Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides."  *von*

*Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013). When a sentence is within the statutory range of punishment, it is not void. *Jones v. State*, 278 Ga. 669, 670 (604 SE2d 483) (2004). Hernandez does not contend that his sentence exceeded the statutory range of punishment; instead, he challenges the validity of his convictions and the procedure employed at trial. Because Hernandez has not raised a colorable void-sentence claim, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  06/21/2018*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*